

**NUMBER 13-10-00348-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.S.D., D.E.S.D, AND J.K.S.D., CHILDREN

**On appeal from the County Court at Law No. 1
of Calhoun County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam**

Appellant, Joshua Stephen South, attempts to appeal a judgment of contempt entered against him on April 13, 2010. This court does not have jurisdiction to review contempt orders by direct appeal. *See Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.–Dallas 2007, no pet.). Contempt orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor

has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985); *Tracy*, 219 S.W.3d at 290.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c). All pending motions are likewise DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Delivered and filed the
5th day of August, 2010.